UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:24-CR-00130 |
| v. | : | |
| ANGELO PEREYRA and ANDREW ENSANIAN, | : | (Chief Judge Brann) |
| Defendants. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 2314
(Interstate Transport of Stolen Goods)

Between on or about May 2, 2018, and July 17, 2022, within the Middle District of Pennsylvania and elsewhere, the defendants,

**ANGELO PEREYRA and ANDREW ENSANIAN,**

did unlawfully cause to be transported, transmitted, and transferred in interstate commerce from Wichita, State of Kansas, to Montgomery, State of Pennsylvania, stolen goods, wares and merchandise, that is, human remains, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Sections 2314 and 2.

GERARD M. KARAM
United States Attorney

*/s/ SC*

SEAN A. CAMONI
Assistant United States Attorney

5/15/24
Date