| PROB 22 (MD/PA 01/24) | | DOCKET NUMBER *(Tran. Court)* 4:24CR00130-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Pennsylvania | DIVISION Williamsport |
|---|---|---|
| Angelo Pereyra | NAME OF SENTENCING JUDGE Matthew W. Brann Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM February 12, 2026 | TO February 11, 2029 |

**OFFENSE**

Interstate Transport of Stolen Goods, Aid and Abet -- 18 U.S.C. §§ 2314 and 2

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

Sept. 25, 2025 — Date    /s/ Matthew W. Brann, Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Kansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 26, 2025
*Effective Date*

s/ John W. Broomes
*United States District Judge*